UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-CV-11856-RGS

FRESENIUS MEDICAL CARE HOLDINGS, INC.

v.

LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.

CIVIL ACTION NO. 11-CV-10110

FRESENIUS MEDICAL CARE HOLDINGS, INC.

v.

ZYDUS PHARMACEUTICALS USA, INC.

ORDER OF CONSOLIDATION

June 16, 2011

STEARNS, D.J.

Upon consideration of Plaintiff Fresenius Medical Care Holdings, Inc.'s (Fresenius') Motion to Consolidate and supporting Memorandum, the Limited Opposition Brief of Defendant Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, Lupin), the Opposition Brief of Defendant Zydus Pharmaceuticals USA, Inc. (Zydus), and Fresenius' Reply Brief, it is hereby ORDERED that:

(A) the above cases are consolidated for discovery and all pretrial matters;

(B) Fresenius will have a full set of Local Rule 26.1 (C) discovery events against

each of Lupin (including Lupin Limited and Lupin Pharmaceuticals, Inc., collectively) and Zydus; and

    (C) Lupin and Zydus shall have the following discovery events:

        (1) Each of Lupin and Zydus shall have two (2) sets of requests for document production;

        (2) Lupin and Zydus shall have ten (10) combined interrogatories and each shall have fifteen (15) individual interrogatories;

        (3) Lupin and Zydus shall have ten (10) combined requests for admission and each shall have fifteen (15) individual requests for admission; and

        (4) Lupin and Zydus shall be entitled to take twelve (12) combined depositions at 10 hours for each deposition, where each party may question the witness and may divide the deposition hours between the parties as they see fit.

        SO ORDERED.

        /s/ Richard G. Steams

        _____
        UNITED STATES DISTRICT JUDGE